IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:10CV174-RLV

| | |
|---|---|
| TAILORED CHEMICAL, INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> TOWN OF LONG VIEW, ) <br> JOHN MCDARIS, individually and ) <br> in his official capacity, ) <br> RANDALL M. MAYS, individually ) <br> and in his official capacity, ) <br> JACKIE BOWMAN, individually and ) <br> KEN BUMGARNER, individually ) <br> and in his official capacity, ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court on its own motion to continue the trial from the March 5, 2012, trial term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the March 5, 2012, trial term in the Statesville Division to the May 2012, trial term in the Statesville Division. More specifically, this matter is peremptorily set for May 14, 2012, at 9:30 AM, at the Statesville Courthouse, in Statesville, North Carolina. Further, jury selection will be held on May 8, 2012, at 9:30 AM, at the Statesville Courthouse, Statesville, North Carollina.

Signed: February 16, 2012

Richard L. Voorhees
United States District Judge